E-FILED: **3/2/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Stacia Trimmer*      )   CASE NO. CV 09-8692-GHK (RZx)
       **Plaintiff,**   )
                 )   **JUDGMENT**
       **v.**      )
                 )
*Green Tree Servicing, LLC, et al.*  )
       **Defendants.**  )
_____ )

    Based on our January 13, 2010 Order granting Defendant Green Tree Servicing, LLC's ("Green Tree") Motion to Dismiss against Plaintiff Stacia Trimmer ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to Defendant Green Tree.

    Based on our January 27, 2010 Order dismissing the remaining Defendant for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant New Century Financial.

    **IT IS SO ORDERED**.

DATED: March 2, 2010

                                  _____
                                  GEORGE H. KING
                                United States District Judge